JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>   Plaintiff,<br><br>v.<br><br>ALEXANDRIA MOTEL LLC; HARE K. NATH<br><br>   Defendants. | Case No. 2:20-CV-11074-AB (ASx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 7, 2021        _____
                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE

1.